IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIBEL ROSARIO, et al.,** individually and on behalf of similarly situated employees, | : : : : |
| **Plaintiffs,** | : **CIVIL ACTION** : : |
| v. | : : **NO. 15-6478** |
| **FIRST STUDENT MANAGEMENT LLC, and FIRST STUDENT, INC.,** | : : : : |
| **Defendants.** | : |

## ORDER

**AND NOW**, this 15th day of August, 2016, upon consideration of the defendants' motion to dismiss for failure to state a claim (Doc. No. 2), the plaintiffs' response (Doc. No. 8), the defendants' reply (Doc. No. 11), **IT IS HEREBY ORDERED** that:

1. The defendants' motion to dismiss (Doc. No. 8) is **GRANTED**.

2. Count I of the plaintiffs' complaint is **DISMISSED with prejudice**. Counts II, III and IV of the plaintiffs' complaint are **DISMISSED without prejudice**.

3. The plaintiffs shall file an amended complaint within thirty (30) days of the date of this Order.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.