# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

MARIBEL ROSARIO, *et al.*,
   Plaintiffs,

v.

FIRST STUDENT MANAGEMENT LLC, and
FIRST STUDENT INC.,
   Defendants.

No. 5:15-cv-06478

## O R D E R

**AND NOW**, this 10th day of May, 2019, having reviewed the terms of the settlement agreement in this matter, ECF No. 48-1; upon consideration of the Amended Joint Proposed Findings of Fact and Conclusions of Law, ECF No. 54-1; and for the reasons set forth in the Court's Opinion issued today, which made findings of facts and conclusions of law, the Court finds that the terms of the settlement agreement are a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act. Based on this, **IT IS ORDERED THAT**, this case is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge